## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LATOYA HINDS,**   )<br>                                            )<br>   **Plaintiff**                        )<br>                                            )<br>                                            )<br>**VS.**                                  )<br>                                            )<br>**PORTFOLIO RECOVERY ASSOCIATES,** )<br>**LLC,**                                )<br>                                            )<br>   **Defendant**                     ) | **3:15-CV-00371 (RNC)** |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Latoya Hinds, pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, respectfully requests an Entry of Default against the Defendant, Portfolio Recovery Associates, LLC, as and for the following reasons:

1. **This action was filed on March 12, 2015.**

2. **The Defendant was served on June 12, 2015.**

3. **An Answer or other responsive pleading was due from the Defendant on July 3, 2015.**

4. **To date the Defendant has not Answered the Complaint or filed any responsive pleading thereto.**

5. **As a result, Plaintiff respectfully requests that the Court issue an Order of Default against the Defendant.**

WHEREFORE, the Plaintiff respectfully requests an Order of Default against the Defendant, Portfolio Recovery Associates, LLC.

          **Respectfully Submitted,**

      **By:**    _s/ct29447_____
          **Roderick D. Woods, Esq.**
          **Attorney for Plaintiff**

          **Roderick D. Woods, Esq.**
          **CT Federal Bar No. ct29447**
          **The Woods Law Firm, LLC**
          **100 Pearl Street**
          **Fourteenth Floor**
          **Hartford, Connecticut 06103**
          **(860) 549-6275 (Tel.)**
          **(860) 371-3242 (Fax)**
          **rwoods@rdw-law.com**

## CERTIFICATION

I hereby certify that on July 7, 2015 a copy of the foregoing REQUEST FOR ENTRY OF DEFAULT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
**Roderick D. Woods, Esq.**
**The Woods Law Firm, LLC**
**100 Pearl Street**
**14th Floor**
**Hartford, Connecticut 06103**
**Federal Bar #ct29447**
**Attorney for the Plaintiff:**
**ELIZABETH OLIVO**